## DIVIDENDS REMITTED TO THE COURT
Check Number 1022 Dated 06/21/10
Case Number 08-33823 - MARSH, STEVEN G

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | 000015 | 460.51 | 2.42 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000016 | 361.64 | 1.90 |
| ---------- Remittance Total -------------- | | 822.15 | 4.32 |

Michael A. Mason, Trustee